UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>JUAN ALVAREZ-RAMIREZ,<br><br>　　　　　　　　　　Defendant. | Case No.: 22-cr-2098-JO<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |
|---|---|

On September 30, 2022, the parties filed a Joint Motion to Continue the Motion Hearing/Trial Setting currently set for October 7, 2022, to November 18, 2022. For good cause appearing, the Court GRANTS the joint motion to continue [Dkt. 14] and sets the Motion Hearing/Trial Setting on November 18, 2022, at 10:30 a.m.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. On September 9, 2022, a plea agreement was lodged before the Court, and a change of plea hearing is set for October 12, 2022.

//
//
//
//

1  Accordingly, the Court finds that time from October 7, 2022, to November 18, 2022, shall be excluded under the Speedy Trial Act. 18 U.S.C. § 3161(h)(1)(G), (h)(7)(A).

IT IS SO ORDERED.

Dated: 10/3/22

Hon. Jinsook Ohta
UNITED STATES DISTRICT JUDGE